UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp |
| v. | : | Crim. No. 15-28 (MAS) |
| STEVEN METRO | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Shirley U. Emehelu and R. Joseph Gribko, Assistant U.S. Attorneys), and defendant Steven Metro (by James R. Froccaro Jr., Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

      2.    Defendant has consented to the aforementioned continuance; and

      3.    Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this __19TH__ day of May, 2015,

IT IS ORDERED that defense motions shall be filed by November 6, 2015, the government's response shall be filed by November 20, 2015, the defense reply, if any, shall be filed by November 30, 2015, the argument of the motions is scheduled for January 20, 2016 at 11:00 a.m., and the trial is scheduled for February 8, 2016 at 9:30 a.m.; and

IT IS FURTHER ORDERED that the period from May 7, 2015, through February 8, 2016 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. MICHAEL A. SHIPP
United States District Judge

Form and entry
consented to:

_____
Shirley U. Emehelu
R. Joseph Gribko
Assistant U.S. Attorneys


_____
James R. Froccaro Jr., Esq.
Counsel for defendant Steven Metro